FILED

FEB 1 0 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12 CR 044 CVE |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [18 U.S.C. §§ 2118(a) and 2118(c)(1): |
| v. | ) | Robbery Involving Controlled |
| | ) | Substances] |
| DEANDRE ANTONIO HOPKINS, | ) | |
| a/k/a "Wet", | ) | |
| a/k/a "C-Wet", | ) | |
| a/k/a "Sman", | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

On or about May 7, 2010, in the Northern District of Oklahoma, the defendant, **DEANDRE ANTONIO HOPKINS**, a/k/a "Wet", a/k/a "C-Wet", a/k/a "Sman", with the intent to steal any material and compound containing a controlled substance, did enter and rob the T. Roy Barnes Drugry, a business premises and property of a person registered with the Drug Enforcement Administration, that is to say, by force, violence and intimidation, the defendant, **DEANDRE ANTONIO HOPKINS**, did take from the person and presence of another controlled substances, the replacement costs of the controlled substances to the registrant being $500 or more, belonging to and in the care, custody, control, and possession of the registrant. In committing such offense, **DEANDRE ANTONIO HOPKINS** did assault and put in

jeopardy the life of another person by use of a dangerous weapon, that is, a firearm.

All in violation of Title 18, United States Code, Section 2118(a) and Title 18, United States Code, Section 2118(c)(1).


THOMAS SCOTT WOODWARD          A TRUE BILL
UNITED STATES ATTORNEY

*/s/ Joel-Lyn McCormick*                   */s/ Grand Jury Foreperson*
JOEL-LYN A. McCORMICK           Grand Jury Foreperson
Assistant United States Attorney